No. 24,454.

W. A. Gentry, *Appellee*, v. James C. Davis, as Agent of the United States Government, etc., *Appellant*.

ADDENDA.

Appeal from Labette district court; Elmer C. Clark, judge. Additional opinion on rehearing filed March 21, 1924. (For former opinion on rehearing see *ante*, p. 335.)

*W. W. Brown, A. G. Armstrong,* and *E. L. Burton,* all of Parsons, for the appellant.

*F. E. Dresia, Charles Stephens,* both of Columbus, *Paul MacCaskill,* of Parsons, *Frank Doster,* and *J. E. Addington,* both of Topeka, for the appellee.

The opinion of the court was delivered by

Hopkins, J.: In conformity with an application for an additional statement of facts, the following may be considered as part of the opinion (*Gentry v. Davis, Agent,* ante, p. 335):

The plaintiff was a locomotive fireman in the employ of the defendant company. He was injured while on a trip from Muskogee, Okla., to Parsons, Kan. His train was engaged in interstate commerce. The action was brought under the federal employers' liability act.